**Eric A. Lindenauer**, OSB #833721
E-Mail: elindenauer@gsblaw.com
**Garvey Schubert Barer**
Eleventh Floor
121 S.W. Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Fax: (503) 226-0259

    Attorneys for Defendant LifeMap Assurance Company, fka Regence Life and Health Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CAROLYN MONROE,**<br><br>    Plaintiff,<br><br>v.<br><br>**REGENCE LIFE AND HEALTH INSURANCE COMPANY,**<br><br>    Defendant. | Case No. 3:14-cv-00279-SI<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

    Pursuant to a stipulation of the parties, IT IS ORDERED AND ADJUDGED that plaintiff's claims and defendant's counterclaim are dismissed with prejudice and without recovery of costs or attorneys fees by any party.

    Dated this  1st  day of  October , 2014.

                                  /s/ Michael H. Simon
                                  Hon. Michael H. Simon
                                  Presiding Judge

STIPULATED AND AGREED:

STEBBINS COFFEY & COLLINS                GARVEY SCHUBERT BARER

By: s/ Michael R. Stebbins                By: s/ Eric A. Lindenauer
    Michael R. Stebbins, OSB #75353            Eric A. Lindenauer, OSB #833721
    stebbins@stebbinsandcoffey.com            elindenauer@gsblaw.com
    Telephone: (541) 756-2066            Telephone: (503) 228-3939
    Of Attorneys for Plaintiff            Of Attorneys for Defendant


Presented by:

Eric A. Lindenauer, OSB #833721
elindenauer@gsblaw.com
Garvey Schubert Barer
121 SW Morrison Street, 11th Floor
Portland, OR 97204
Telephone (503) 228-3939
Facsimile (503) 226-026

PDX_DOCS:522454.1